UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:07CV-185-H

JOSEPH M. GREEN, et al.                                                                              PLAINTIFFS

V.

IMERYS USA, INC., et al.                                                                             DEFENDANTS

**MEMORANDUM AND ORDER**

Plaintiffs have moved to remand this personal injury case to state court. Plaintiff, Joseph Green, alleges that he was injured by exposure to silica containing products, namely, "Spanish Whiting." After reviewing all the pleadings, it appears to the Court that a non-diverse party, Lanham Hardwood Flooring Company ("Lanham"), was most likely fraudulently joined. On this ground the case was initially removed to federal court. There is a reasonably effective way of determining for certain whether Lanham was fraudulently joined.

The Court will require Lanham and all other Defendants to open their records of purchases and sales of a product known as "Spanish Whiting." Thereafter, Plaintiffs may make a supplemental filing on their motion to remand. The purpose of this order is to give Plaintiffs immediate access to the documents which could show that any Defendants sold "Spanish Whiting" through Lanham.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that on or before **July 5, 2007**, each current Defendant shall allow Plaintiffs to inspect all its records regarding the purchase or sale of "Spanish Whiting" for

the years 1980 through 1997. Failure of any Defendant to provide proper access may result in remand of this case to state court.

IT IS FURTHER ORDERED that on or before **July 19, 2007,** Plaintiffs may make a further response supporting their motion to remand.

cc: Counsel of Record